```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-17309-mdc
Ronald Whitney, Jr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey               Page 1 of 1            Date Rcvd: Mar 12, 2020
                              Form ID: pdf900            Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db            +Ronald Whitney, Jr.,    2127 Strasburg Road,    Coatesville, PA 19320-4464
14439956      +LOANCARE, LLC,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,
                Suite 5000,    Philadelphia, PA 19106-1541
14457932      +LoanCare, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14458247      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND,OH 44101-4982
14456254      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14428970      +Wilmington Savings Fund Society FSB,    120 S 6th St,    Suite 2100,    Minneapolis, MN 55402-1823
14443320      +Wilmington Savings Fund, FSB,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Mar 13 2020 03:12:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:11:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2020 03:11:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14428969      +E-mail/Text: bankruptcycollections@citadelbanking.com Mar 13 2020 03:12:12     CITADEL FCU,
                 520 Eagle View Blvd,    Exton, PA 19341-1119
14453351      +E-mail/Text: bankruptcycollections@citadelbanking.com Mar 13 2020 03:12:13
                 Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton, PA 19341-1119
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              JOSEPH F. CLAFFY    on behalf of Debtor Ronald  Whitney, Jr. claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LOANCARE, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
RONALD WHITNEY, JR.

Chapter 13

Debtor

Bankruptcy No. 19-17309-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 12, 2020

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JOSEPH F CLAFFY  
26 SOUTH CHURCH ST  
SUITE 1 SOUTH  
WEST CHESTER, PA 19382

Debtor:  
RONALD WHITNEY, JR.

2127 STRASBURG ROAD

COATESVILLE, PA 19320-